IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA WILLIAMS, | :<br>:<br>: |
| Plaintiff, | : CIVIL ACTION |
| v. | :<br>: NO. 11-5700 |
| MICHAEL J. ASTRUE, Commissioner of the<br>Social Security Administration, | :<br>:<br>: |
| Defendant. | :<br>: |

### ORDER

**AND NOW**, this ____ day of September, 2013, upon careful consideration of Plaintiff's Request for Review (Doc. 11), Defendant's Response (Doc. 14), Plaintiff's Reply (Doc. 15), and the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Doc. 17), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The Plaintiff's request for remand is **GRANTED** in order for the Administrative Law Judge to (i) order a consultative examination regarding Plaintiff's carpal tunnel syndrome, (ii) review and consider all of Plaintiff's medical records (especially her GAF scores), and (iii) provide a more comprehensive analysis of the evidence.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**